1  ROHMAT MULYANA JR.

2  408 SOUTH PACIFIC AVENUE

3

4  GLENDALE, CA 91204

5  (818) 392 - 9731

6

7

8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROHMAT MULYANA JR.,            )   Case No.
                                    )   CV13-0009
12              Plaintiff,          )   **COMPLAINT FOR:**
                                    )
13  VS.                             )   FAIR DEBT COLLECTION
                                    )
14                                  )
                                    )   PRACTICES ACT
15                                  )
16  DIVERSIFIED CONSULTANTS         )   FAIR CREDIT REPORTING ACT
                                    )
17                                  )   ROSENTHAL ACT
                                    )
18                                  )
19                                  )
                                    )   **Jury Trial Demanded:** Yes
20  DEFENDANT(S).                   )
                                    )
21

22              **I. JURISDICTION**

23

24  1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C.

25  sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

26

27

28

1

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Rohmat Mulyana Jr.. Plaintiff resided at: 7356 Wilbur Avenue. Reseda, California 91335. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3).

4. Defendant: DIVERSIFIED CONSULTANTS is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV. STATEMENT OF FACTS

5. Comes now Rohmat Mulyana Jr., who does hereby file this complaint for damages of 15 U.S.C. sec. 1692 a, e, f, k. 15 U.S.C. sec. 1681 b, o, n, based upon defendant(s) violations of the Fair Debt Collection Practices Act and Fair Credit Reporting Act, Rosenthal Act.

6. On January 13, 2012 Plaintiff upon requested Transunion Consumer Credit Report. Plaintiff had no knowledge of any business relationship with the defendant. Defendant DIVERSIFIED CONSULTANTS is a collection agency doing business in the STATE OF FLORIDA.

7. On February 1, 2012 Defendant DIVERSIFIED CONSULTANTS initiated a soft pull of plaintiff consumer credit report concerning plaintiff from transunion without permissible purposes thereby reducing his credit score.

8. On February 1, 2012 Plaintiff sent via United States Postal Service Certified Mail a letter requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA) 15 U.S.C. sec. 1692g, (FCRA)15 U.S.C. sec. 1681b. A

3

9. On March 1, 2012 Defendant DIVERSIFIED CONSULTANTS initiated a soft pull of plaintiff consumer credit report concerning plaintiff from transunion without permissible purposes thereby reducing his credit score.

10. On March 05, 2012 Plaintiff in a good faith effort to allow defendant DIVERSIFIED CONSULTANTS ample opportunity to validate alleged debt. Plaintiff sent a second letter via certified mail upon 10 day notice response, defendant again has failed to respond to 10 day notice.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** DIVERSIFIED CONSULTANTS

11. Plaintiff re-alleges and incorporates paragraphs 5-10. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) DIVERSIFIED CONSULTANTS are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6). Defendant corresponding letter violated 1692f(8) language and symbols concerning debt collectors.

12. Plaintiff re-alleges and incorporates paragraph 5-10. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: DIVERSIFIED CONSULTANTS violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

13. Plaintiff re-alleges and incorporates paragraph 5-10. DIVERSIFIED CONSULTANTS violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** DIVERSIFIED CONSULTANTS

14. Plaintiff re-alleges and incorporates paragraph 5-10. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). DIVERSIFIED CONSULTANTS is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

15. Plaintiff re-alleges and incorporates paragraph 5-10. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

16. Plaintiff re-alleges and incorporates paragraph 5-10. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: DIVERSIFIED CONSULTANTS willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

## THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s):** DIVERSIFIED CONSULTANTS

17. Plaintiff re-alleges and incorporates paragraph 5 -10. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). DIVERSIFIED CONSULTANTS is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

18. Plaintiff re-alleges and incorporates paragraph 5-10. DIVERSIFIED CONSULTANTS willful procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested

19. Plaintiff re-alleges and incorporates paragraph 5-10. DIVERSIFIED CONSULTANTS without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. As a proximate result of defendant action plaintiff has suffered severe and continuing injuries including but not limited too: mental pain & anguish, invasion of privacy, loss of societal pleasures.

# FOURTH CAUSE OF ACTION

Violation Civil Liabilities for negligent non-compliance 15 U.S.C. sec. 1681

**(As against Defendant(s):** DIVERSIFIED CONSULTANTS

20. Plaintiff re-alleges and incorporates paragraph 5 -10. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). DIVERSIFIED CONSULTANTS is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2.

21. Plaintiff re-alleges and incorporates paragraph 5-10. DIVERSIFIED CONSULTANTS negligent procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested

22. Plaintiff re-alleges and incorporates paragraph 5-10. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

## V. REQUEST FOR RELIEF

23. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

24. That this court grants judgement against defendants for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost 4.) Any relief as court see fit.

25. That this court grants judgment against Defendants for: Third claim for relief 1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o $1,000.00 3.) court fees and cost. 4.) Any relief as court sees fit.

26. That this court grants judgment against Defendants for: Fourth claim for relief 1.) Actual damages to be determined by jury 2.) Punitive & Statutory damages 3.) Attorney fees and court cost 4.) Any relief as court see fit.

Date: 1/2/2013

Sign: *Rohmat Mulyana Jr.*

Print Name: Rohmat Mulyana Jr.

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 1/2/2013

Sign: *Rohmat Mulyana Jr.*

Print Name: Rohmat Mulyana Jr.

Rohmat Mulyana
7356 Wilbur Avenue
Reseda, Ca [91335]
818 392 9731


Diversified Consultant
10550 Derwood PK B suite 309
Jacksonville, FL 32256

January 31, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently received a copy of my credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


*Rohmat Mulyana*
(without prejudice)

```
                                    LOS FELIZ STATION
                                    LOS ANGELES, California
                                         900279998
                                       0545300027-0091
                                      (800)275-8777
02/14/2012                                          12:37:41 PM
——————————————————————————————————————————————————————————————
      PVI:
JACKSONVILLE FL 32256                               $3.40
Zone-8 First-Class                                  $0.45
Letter
0.30 oz.
Expected Delivery: Fri 02/17/12
Certified                                           $2.95
Label #: 70112000002420009532

Issue PVI:                                          $3.40
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7011 2000 0002 4200 9532

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.40 |

Postmark FEB 14 2012

Sent To  Diversified Consultant
Street, Apt No.; or PO Box No.  10550 Deerwood Pk B Ste 309
City, State, ZIP+4  Jacksonville FL 32256

PS Form 3800, August 2006           See Reverse for Instructions

Customer Copy

Case 2:13-cv-00009-PSG-PLA   Document 1-1   Filed 01/02/13   Page 12 of 18   Page ID #:14

Rohmat Mulyana
7356 Wilbur Avenue
Reseda, Ca [91335]
818 392 9731


Diversified Consultant
10550 Derwood PK B suite 309
Jacksonville, FL  32256

March 05, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I have previously sent you a request to validate the unauthorized credit pull inquiry on January 31, 2012 under the Fair Debt Collection Practices Act and I have yet to hear from you regarding this matter. I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


*Rohmat Mulyana*
(without prejudice)





Rohmat Mulyana

408 South Pacific Avenue

Glendale, CA 91204


Diversified Consultant

10550 DERWOOD PK B suite 309

JACKSONVILLE, FL 32256

April 20, 2012

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure **Diversified Consultant** violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692e (10) and the Rosenthal Consumer Collection Practices Act (RCCPA), CAL. STAT. §1788.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If **Diversified Consultant** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

    I can be reached directly at 818-392-9731(cell) or via email at jannahparrots_1@yahoo.com.

This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

    Respectfully,

_____

    Rohmat Mulyana

    (without Prejudice)

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**INFINITY INSURANCE**
3760 RIVER RUN
BIRMINGHAM, AL 35243
(800) 782-1020
Requested On: 06/07/2011

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
Requested On: 02/27/2012
Permissible Purpose: COLLECTION

**TU INTERACTIVE**
100 CROSS ST
#202
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 01/13/2012

**VERIFACTS INC**
204 1ST AVE
STERLING, IL 61081
(815) 626-9300
Requested On: 09/20/2011
Permissible Purpose: COLLECTION

**ATLANTIC CREDIT & FINANC**
2727 FRANKLIN ROAD
ROANOKE, VA 24014
Phone number not available
Requested On: 01/17/2011

**PLAZA RECOVERY INC**
370 7TH AVENUE
FKA PLAZA ASSOCIAT
NEW YORK, NY 10001
Phone number not available
Requested On: 11/20/2010

**FACTACT FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
Requested On: 01/13/2012

**FIA CSNA**
P O BOX 15026
WILMINGTON, DE 19850
(800) 421-2110
Requested On: 01/01/2012

**DIVERSIFIED CONSULTANTS**
10550 DERWOOD PK B
SUITE #309
JACKSONVILLE, FL 32256
Phone number not available
Requested On: 06/20/2011
Permissible Purpose: COLLECTION

**HSBC BANK NV FKA HHLB**
26525 N RIVERWOODS
METTAWA, IL 60045
Phone number not available
Requested On: 01/05/2011
Permissible Purpose: COLLECTION

-End of Credit Report-

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Rohmat Mulyana Jr.

**DEFENDANTS**
Diversified Consultants

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Rohmat Mulyana Jr.
408 S. Pacific Ave
Glendale, CA 91204
818 392 9731

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 7,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA, FCRA, Rosenthal

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS - PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

CV13-0009

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Jacksonville, Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Rahmat Mulyana Jr._ Date _1/2/2013_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |