# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV13-00009-PSG-PLAx | Date | April 17, 2013 |
|---|---|---|---|
| Title | Rohmat Mulyana Jr v. Diversified Consultants | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**    ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

  IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before **May 15, 2013**, why this action should not be dismissed for lack of prosecution.

  The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

|   | |
|---|---|
| ___ | Proof of Service of Summons and Complaint by Plaintiff. |
| X | Response to Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff. |
| ___ | Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff. |

  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

  Lastly, a mandatory chambers copy shall be delivered to Courtroom 880 the following business day before Noon. The copy shall include the E-Filed Confirmation Sheet and/or the E-Filed Header. Failure to comply, may result in monetary sanctions and the document to be stricken from the record.

Initials of Preparer    wh