UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13 - 00009 PSG (PLAx) | Date | June 17, 2013 |
|---|---|---|---|
| Title | *Rohmat Mulyana Jr. v. Diversified Consultants* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| | Wendy Hernandez | Not Reported |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:** **(In Chambers)**: **DISMISSING action**

    On May 22, 2013, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of prosecution. *See* Dkt. # 15. Plaintiff was required to respond in writing to the OSC no later than June 5, 2013. To date, Plaintiff has not filed a response to the OSC, timely or otherwise. Accordingly, the action is DISMISSED.

**IT IS SO ORDERED.**